IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JUNMAKIA HENLEY, :<br>  :<br>     Plaintiff, :<br>  :<br>v. :<br>  :<br>NATIONSTAR MORTGAGE, LLC, et al., :<br>  :<br>     Defendants. : | <br><br><br><br><br><br>CIVIL ACTION NO.<br>1:14-CV-2700-AT |

## **ORDER**

This matter is before the Court on the Magistrate Judge's Report and Recommendation ("R&R") [Doc. 42] that Defendants' Motion to Dismiss [Doc. 35] be **DENIED**.

No objections have been filed in response to the Magistrate Judge's R&R. Therefore, in accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Magistrate Judge's Recommendation for clear error and finds none. Accordingly, the Court **ADOPTS** the Magistrate Judge's R&R as the opinion of the Court. For the reasons stated therein, Defendant's Motion to Dismiss [Doc. 35] is **DENIED**.

**IT IS SO ORDERED** this 22nd day of February, 2016.

_____
**Amy Totenberg**
**United States District Judge**