IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JUNMAKIA HENLEY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| NATIONSTAR MORTGAGE, LLC, | : | CIVIL ACTION NO. |
| | : | 1:14-CV-2700-AT |
| | : | |
| Defendant. | : | |

## ORDER

On March 17, 2017, the parties in this matter notified the Court that they have reached a settlement and that they intend to file a dismissal with prejudice in the near future. (Doc. 82.) Accordingly, this case is **ADMINISTRATIVELY CLOSED**[1] pending the parties' filing the dismissal with prejudice. The parties are **DIRECTED** to file within ten (10) days of the date of this Order either (1) the necessary documents to dismiss this case or (2) a joint status update notifying the Court why they are unable to file such documents. The Clerk is **DIRECTED** to terminate all pending motions before the Court.

**IT IS SO ORDERED** this 28th day of March, 2017.

_____
**Amy Totenberg**
**United States District Judge**

---

[1] Administrative closure of a case does not prejudice the rights of the parties to litigation in any manner. The parties may move to re-open an administratively closed case at any time.